UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 09 2005

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 04-10374 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-01-00228-3-HG |
| v. | District of Hawaii, Honolulu |
| CARLENE P. VARES, | |
| Defendant - Appellant. | ORDER |

Before: Peter L. Shaw, Appellate Commissioner

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 11 2005

at ___ o'clock and ___ min. ___ M
WALTER A. Y. H. CHINN, CLERK

The motion of Benjamin R.C. Ignacio, Esq., to withdraw as retained counsel for appellant is also construed as appellant's motion for voluntary dismissal of this appeal. So construed, the motion for voluntary dismissal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.

The motion to withdraw as counsel is denied as moot.

Counsel Ignacio is admonished that future failure to comply with this court's orders in a timely fashion may subject counsel to the imposition of sanctions.

The certified copy of this order sent to the district court shall constitute the mandate.

*Peter L. Shaw*
General Order 6.3

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

MAY 09 2005

by: _____
Deputy Clerk

S:\MOATT\Cmshords\05.05\nw\04-10374vd.wpd