PROB 34
(1/92)

**ORIGINAL**

Report and Order Terminating Probation/
Supervised Release

**United States District Court**

FOR THE

DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 28 2008

at ___ o'clock and ___ min ___ M.
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

v.                                              Criminal No. CR 01-00228HG-03

CARLENE P. SIGOUNI, aka "Charlene P. Vares"

It appearing that the period of supervised release expired on 7/31/2008, I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

_____
JONATHAN K. SKEDELESKI
U.S. Probation Officer

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this 25 day of August, 2008.

_____
HELEN GILLMOR
Chief U.S. District Judge